UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VICTOR HERBERT CARROLL,
    Petitioner,

v.                                            Case No. 3:22cv2056/LAC/ZCB

M.V. JOSPEH,
      WARDEN FPC PENSACOLA,
    Respondent.
_____/

## **ORDER**

On June 2, 2022, the magistrate judge issued a Report and Recommendation recommending that the Respondent's Motion to Dismiss be granted and the petition for writ of habeas corpus be dismissed. (ECF No. 14). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss Misfiled and Mischaracterized § 2255 Petition for Lack of Jurisdiction motion to dismiss (ECF No. 11) is **GRANTED** and the petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED**.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 7th day of July, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**